UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA
v.

JAMES A. PRICE

JUDGMENT IN A CRIMINAL CASE
(For a Petty Offense)-- Short Form
CASE NUMBER: 3:09mj264/EMT

AFPD Thomas Keith
Defendant's Attorney

☐ **THE DEFENDANT** pled guilty to count(s) One and Two of the Information

| Title & Section | Nature of Offense | Date Concluded | Count Number(s) |
|---|---|---|---|
| F.S.S. § 322.34(1) and 18 U.S.C. §§ 7 & 13 | Driving While License Suspended Without Knowledge | 5/5/09 | One |
| F.S.S. § 322.03(5) and 18 U.S.C. §§ 7 & 13 | Drivers License Expired for More Than 4 Months | 5/5/09 | Two |

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States attorney. The fines/SMAs shall be paid no later than February 17, 2010.

| Assessment | Fine | Restitution |
|---|---|---|
| $ 15.00 (Count 1 - $5; Count 2 - $10) | $ 160.00 (Count 1 - $60; Count 2 - $100) | $ 0.00 |

Date of Imposition of Sentence - 12/2/09

Elizabeth M. Timothy
UNITED STATES MAGISTRATE JUDGE

Date: 12-2-09

Rec'd 12 03 09 USDCFln3AM0801